638 A.2d 805

IN THE MATTER OF JOSEPH C. CAPUTO,
AN ATTORNEY AT LAW.

March 7, 1994.

## ORDER

**JOSEPH C. CAPUTO** of **SUMMIT,** who was admitted to the bar of this State in 1985, having tendered his consent to disbarment as an attorney at law of the State of New Jersey, and good cause appearing;

It is ORDERED that **JOSEPH C. CAPUTO** is disbarred by consent, effective immediately; and it is further

ORDERED that respondent's name be stricken from the roll of attorneys and that he be permanently restrained and enjoined from practicing law; and it is further

ORDERED that the Office of Attorney Ethics shall take such protective action pursuant to *Rule* 1:20–11(c) as it deems appropriate, including the transfer to the Clerk of the Superior Court for deposit in the Superior Court Trust Fund the attorney account funds held in any financial institution by **JOSEPH C. CAPUTO,** which funds were restrained from disbursement by this Court's Order of February 8, 1994; and it is further

ORDERED that respondent comply with Administrative Guideline No. 23 of the Office of Attorney Ethics dealing with disbarred attorneys.